LAW OFFICE OF JENNIFER E. TUCEK, PC
315 Madison Avenue, Suite 3054
New York, N.Y. 10017
(917) 669-6991
TucekLaw@Gmail.com

February 14, 2022

VIA ECF
Hon. Katherine Polk Failla
United States District Court
40 Foley Square, Room 2103
New York, NY 10007-1312



Re: *Monge v. Avnir Properties LLC et al*
Case No. 21-cv-8010 (KPF)

Dear Judge Failla:

  Plaintiff Javier Monge ("Plaintiff") respectfully requests an adjournment of the scheduling conference currently scheduled for February 16, 2022. Plaintiff has just heard from counsel for Defendant Avnir Properties LLC. He advised that he intends to appear and file an Answer later this week and is also exploring the possibility of an early global settlement with all parties. He has stated that his client did not receive the Complaint until January 28, and he was just retained.

  Based on discussions with the defendant, Plaintiff will not be moving for a default judgment but reserves his right to do so in the future if so warranted. The Parties respectfully request a 30-daay adjournment of the conference to provide defense counsel time to respond to the Complaint and discuss settlement with defendants. Thank you.

                Respectfully submitted,

                /s/Jennifer E. Tucek
                Jennifer E. Tucek

Application GRANTED.

Defendants shall file their answer to the Complaint on or before **February 18, 2022**.  Additionally, the initial pretrial conference in this matter is hereby ADJOURNED to **March 22, 2022, at 11:00 a.m.**

The Clerk of Court is directed to terminate the motion at docket entry 26.

Dated:   February 14, 2022      SO ORDERED.
         New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE